\_\_\_\_FILED  \_\_\_\_ENTERED
\_\_\_\_LODGED  \_\_\_\_RECEIVED

JUN 13 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MANSOUR HEIDARI, | ) | CASE NO.: C07-2016MJP |
| Petitioner, | ) | |
| v. | ) | ORDER DENYING § 2254 PETITION |
| DAN PACHOLKE, | ) | |
| Respondent. | ) | |

07-CV-02016-ORD

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's answer, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, Petitioner's objections (Dkt. No. 14), and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. The Court agrees with Magistrate Judge Theiler's conclusion that the state court reasonably determined that the strong evidence against Mr. Heidari outweighed any prejudice suffered from prosecutorial misconduct or ineffectiveness of counsel. Mr. Heidari's objections do not call Judge Theiler's recommendation on these matters into question.

(2) Petitioner's petition for a writ of habeas corpus (Dkt. No. 1) is DENIED and this action is dismissed with prejudice; and

ORDER DENYING § 2254 PETITION
PAGE -1

(3)  The Clerk is directed to send a copy of this Order to counsel of record and to Judge Theiler.

DATED this 13 day of June, 2008.

MARSHA J. PECHMAN
United States District Judge

ORDER DENYING § 2254 PETITION
PAGE -2